# UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF TEXAS

IN RE:

Arnaldo Munoz, Jr.

(Debtor),

BANKRUPTCY CASE NUMBER
02-70775-M-3

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Ameriquest Mortgage Company, in the amount of $511.90, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 07/15/04 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Ameriquest Mortgage Company c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of 511.90 to Ameriquest Mortgage Company c/o Dilks & Knopik, LLC at the following address:

P.O. Box 2728,
Issaquah, WA 98027-0128

Dated: 10/10/05

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98

33